# Court of Appeals
# of the State of Georgia

ATLANTA,   December 01, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0134.  WILLIE CLAUDE RAMEY II v. THE STATE.**

In 1996, Willie Claude Ramey II was found guilty of several offenses, including armed robbery and kidnapping with bodily injury.  In 2014, Ramey filed a "Motion to Enter a Valid Judgment," alleging fatal issues with both the indictment and verdict form for the kidnapping with bodily injury offense.  The trial court denied the motion, and Ramey filed this application for discretionary appeal.

Although Ramey included a copy of the trial court's order with his application, it was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e). Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement. See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, on November 7, 2014, we ordered Ramey to supplement his application within ten days with a stamped "filed" copy of the order to be appealed. We provided that failure to comply with this directive would result in dismissal of the application. Ramey has not submitted a stamped "filed" copy of the order, and more than ten days have passed since the November 7, 2014 order. Accordingly, Ramey's application is hereby DISMISSED.

*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*   12/01/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____ *, Clerk.*